UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCHUETTE,

        Plaintiff,

   v.

WARDEN,

        Defendant.

Case No. 24-cv-01334-JSW

**ORDER OF DISMISSAL**

On March 4, 2024, the Clerk opened this case based upon a letter received from Plaintiff, a California prisoner proceeding pro se, complaining that local election officials did not provide him a ballot. The same day, the Clerk notified Plaintiff that he needed to file a complaint and either file an application to proceed in forma pauperis ("IFP") or pay the filing fee, within 28 days. The Clerk mailed to Plaintiff the Court's IFP and complaint forms, instructions, and a stamped return envelope. In the deficiency notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application before the deadline. Plaintiff has not complied with these notices, sought an extension of time, or shown cause why not. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 22, 2024

JEFFREY S. WHITE
United States District Judge